IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISMOIL SAMADOV, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-1441 |
| ) | |
| DONALD TRUMP, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## ORDER

This matter comes before the Court on Petitioner Ismoil Samadov's Petition for Writ of Habeas Corpus ("Petition"), which was filed on August 30, 2025. Dkt. 1. According to the Petition, on August 28, 2025, Immigration and Customs Enforcement ("ICE") officials arrested Petitioner outside of his home, at which point he was detained and released after several hours. *Id.* The Petition further states that on August 29, 2025, officials from Customs and Border Patrol ("CBP") again detained Petitioner. *Id.* At the time of filing, Petitioner alleged he was being held at the ICE Washington Field Office in Chantilly, Virginia. *Id.* Petitioner contends he will be transferred to the Caroline Detention Facility in Bowling Green, Virginia, where he will ultimately be removed from the country. *Id.*

Pursuant to the Court's authority to preserve its jurisdiction under the All Writs Act, pending a ruling on the Petition, it is hereby

**ORDERED** that Petitioner shall not be removed from this jurisdiction or the United States unless and until the Court issues a contrary order. 28 U.S.C. § 1651; *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to 'issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.'"); and it is further

**ORDERED** that if Petitioner is currently outside of this Court's jurisdiction, or in the process of being transferred outside of it, he must be returned to this jurisdiction unless and until the Court issues a contrary order.

Entered this 2nd day of September, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge