IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISMOIL SAMADOV, | ) |
| *Petitioner*, | ) |
| v. | ) Case No. 1:25-cv-1441 (PTG/WBP) |
| DONALD TRUMP, *et al.*, | ) |
| *Respondents*. | ) |

### ORDER

This matter comes before the Court on Petitioner Ismoil Samadov's Petition for Writ of Habeas Corpus ("Petition") and Motion for Temporary Restraining Order ("TRO"). Dkts. 1, 2. The Petition challenges Petitioner's custody at the Immigration and Customs Enforcement ("ICE") Washington Field Office in Chantilly, Virginia after Customs and Border Patrol ("CBP") agents allegedly detained him unlawfully. Dkt. 1. The TRO requests that the Court grant relief to prevent Respondents from removing Petitioner from the country. Dkt. 2 at 5.

On September 2, 2025, the Court ordered that Petitioner cannot be removed from this jurisdiction or the United States absent a contrary order from the Court. Dkt. 3. It further provided that if Petitioner is currently outside of the Court's jurisdiction, or in the process of being transferred out, he must be returned. *Id.* Respondents subsequently filed an opposition to the TRO. Dkt. 5. Respondents' opposition argues "Petitioner's motion for a TRO is moot" given the Court's September 2, 2025 Order, but then later states "Plaintiff's *case* has been rendered moot." *Id.* at 1-2 (emphasis added). The Court seeks further clarification as to Respondents' position and Petitioner's current status.

Accordingly, it is hereby

**ORDERED** that Respondents are directed to file a report to the Court on the status of the case by end of day on Thursday, September 25, 2025. The status report must include clarification on Respondents' position as to whether Petitioner's TRO or case is rendered moot by the Court's September 2 Order. It must also address Petitioner's current detention status and location.

The Clerk is directed to forward copies of this Order to counsel of record for both parties.

Entered this 24th day of September, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge